IN THE MATTER OF WILLIAM E. HOGAN, JR., AN ATTORNEY AT LAW.

January 26, 1990.

ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that WILLIAM E. HOGAN, JR.

of HIGHLAND LAKES, who was admitted to the Bar of this State in 1968, be suspended for six months, said suspension to run consecutive to the one year suspension imposed by this Court's Order of September 19, 1989, and the Disciplinary Review Board's recommendation being based on its finding that respondent's conduct in a personal injury action constitutes: 1) gross negligence contrary to *RPC* 1.1(a); 2) a failure to act with reasonable diligence contrary to *RPC* 1.3; 3) a failure to adequately communicate with his client contrary to *RPC* 1.4; 4) a failure to expedite litigation contrary to RPC 3.2; and 5) that his unethical behavior is further evidence of his previously established pattern of negligence in violation of *RPC* 1.1(b), and good cause appearing;

It is ORDERED that the findings of the Disciplinary Review Board are hereby adopted and respondent is hereby suspended for six months and until further Order of this Court, the aforesaid suspension to be consecutive to the one year suspension imposed by this Court's Order of September 19, 1989; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this order and the full record of the matter, be added as a permanent part of the file of said WILLIAM E. HOGAN, JR., as an attorney at law of the State of New Jersey; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that WILLIAM E. HOGAN, JR., reimburse the Ethics Financial Committee for appropriate administrative costs.